■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT H., Appellant. — Appeal by defendant from a judgment of the Supreme Court,

Suffolk County (Catena, J.), rendered June 22, 1981, adjudicating him a youthful offender following his conviction of criminally negligent homicide, after a nonjury trial, and imposing sentence. Judgment affirmed (see *People v Rooney,* 57 NY2d 822; *People v Buffington,* 35 AD2d 1063). Mollen, P. J., Damiani, Titone and Mangano, JJ., concur.